**UNITED STATES DISTRICT COURT**
District of Hawaii

## Notice Regarding Use of Artificial Intelligence

The court knows that litigants, including self-represented parties, have been using artificial intelligence ("AI") to help prepare filings with the court. You must be cautious if you choose to do so. Although AI may be helpful, it can produce inaccurate, misleading, or fictitious information, including fabricated facts and legal citations.

Using AI does not relieve you of the obligations imposed by Rule 11 of the Federal Rules of Civil Procedure. Before submitting any pleading or filing prepared in whole or in part with the help of AI, you must review it to ensure that it complies with Rule 11. The court may impose sanctions if a pleading or filing contains false factual assertions or nonexistent or inaccurate legal citations, even if the error was caused by using AI. While AI can assist you, it does not replace your independent judgment and careful review.

Rule 11 provides that any person—whether an attorney or self-represented individual—who signs, files, submits or advocates a pleading or filing, certifies that, to the best of his or her knowledge, information, and belief, formed after a reasonable inquiry, the following are true:

> (1) The pleading or filing is not presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> (2) The legal claims, defenses, and other arguments are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> (3) The factual statements have evidentiary support or, if specifically, so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery;
>
> (4) Any denial of another party's factual statements is supported by the evidence or, if specifically, so identified, are reasonably based on belief or a lack of information.