CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

ALEXANDER WILLIAM FURTAW
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 598-5667
Email: alexander.w.furtaw@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAII and UNIVERSITY OF HAWAII;<br><br>Defendants. | Case No. 1:26-CV-00476-LEK-WRP<br><br>PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>Hon. Judge Leslie E. Kobayashi |

Plaintiff the United States of America respectfully submits this unopposed motion to continue the December 22, 2026, hearing on Defendants' Motion to Dismiss to a date on or after January 4, 2027. In support of this motion, the United States proffers the following:

1. On September 10, 2026, Plaintiff filed this action against Defendants the State of Hawaii and the University of Hawaii. Compl., Dkt. No. 1.

2. On October 11, 2026, Defendants moved to dismiss this action. M. to Dismiss, Dkt. No. 16.

3. On November 6, 2026, the Court set deadlines for Defendants' Motion to Dismiss. Order, Dkt. No. 17.

4. The Court set deadlines of December 1, 2026, for Plaintiff's response to Defendants' Motion to Dismiss and December 18, 2026, for Defendants' reply.

5. The Court set a hearing on Defendants' Motion to Dismiss for December 22, 2026.

6. Counsel for Plaintiff intends to travel from Washington, D.C., to Honolulu, Hawai‘i, to argue the motion.

7. Due to the Christmas holiday, travel expenses for the week of December 20, 2026, are exceedingly high.

8. Plaintiff seeks a continuance of the hearing on the Motion to Dismiss to a date on or after January 4, 2027.

9. The parties discussed this Motion by email on November 9, 2026, and Defendants indicated that they do not oppose the relief requested.

WHEREFORE, the United States respectfully requests that this Court continue the hearing on the Motion to Dismiss to a date on or after January 4, 2027.

DATED: November 11, 2026

Respectfully submitted,

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

*/s/ Alexander William Furtaw*
Alexander William Furtaw (D.C. Bar No. 90036368)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 598-5667
Email: alexander.w.furtaw@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I served this Motion on all parties registered with the Court's CM/ECF system by filing this Motion with the Court's CM/ECF system.

*/s/ Alexander William Furtaw*
Alexander William Furtaw
U.S. Department of Justice